UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-028-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : ORDER |
| WILLIAM HENDERSON BETHEL, | : |
| Defendant. | : |

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized an Iver Johnson 12-gauge shotgun, serial number 24620C, during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described item be disposed of, or destroyed by agents of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigation.

This the _6_ day of ~~July~~ August 2014.

_____
HONORABLE TERRENCE W. BOYLE
United States District Court Judge